AO 245A (Rev. 7/87)   Judgment of Acquittal

# United States District Court
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Said Shafii Farah** | **JUDGMENT OF ACQUITTAL**<br>Case Number: 22-cr-124 (5) (NEB/TNL) |

  The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.


s/Nancy E. Brasel
Signature of Judicial Officer

**NANCY E. BRASEL**, United States District Judge
Name & Title of Judicial Officer

June 12, 2024
Date