# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-85 (NEB/TNL) |
| MOHAMED JAMA ISMAIL, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-124 (NEB/DTS) |
| ABDIAZIZ SHAFII FARAH, ET AL., | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-222 (NEB/DTS) |
| LIBAN YASIN ALISHIRE, ET AL., | |
| Defendants. | |

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    22-CR-223 (NEB/DTS)

AIMEE MARIE BOCK, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    22-CR-224 (NEB/DTS)

QAMAR AHMED HASSAN, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    22-CR-225 (NEB/DTS)

SHARMAKE JAMA, ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

    Plaintiff,

v.              22-CR-226 (NEB/DTS)

HAJI OSMAN SALAD, ET AL,

    Defendants.

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.              22-CR-236 (NEB)

HANNA MARAKEGN,

    Defendant.

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.              22-CR-237 (NEB)

BEKAM ADDISSU MERDASSA,

    Defendant.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-238 (NEB) |
| HADITH YUSUF AHMED, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-277 (NEB/DTS) |
| MEKFIRA HUSSEIN, ET AL., | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-293 (NEB/DTS) |
| MOHAMED MUSE NOOR, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 23-CR-80 (NEB/DTS) |
| AYAN FARAH ABUKAR, | |
| Defendants. | |


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| v. | | 23-CR-81 (NEB/DTS) |
| SADE OSMAN HASHI, | | |
| | Defendant. | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| v. | | 23-CR-82 (NEB/DTS) |
| SHARON ROSS, | | |
| | Defendant. | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| v. | | 23-CR-91 (NEB/DTS) |
| MOHAMED ALI HUSSEIN, ET AL, | | |
| | Defendants. | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| v. | | 23-CR-92 (NEB) |
| MULATA YUSUF ALI, | | |
| | Defendant. | |

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                    24-CR-13 (NEB/DTS)

SAID EREG, ET AL.

                Defendants.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                    24-CR-15 (NEB/DTS)

IKRAM YUSUF MOHAMED, ET AL.

                Defendants.

---

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                                    24-CR-24 (NEB)

HODA ALI ABDI,

                Defendant.

―――――――――――――――――――――――――――――――――――――――――――――――――――――

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                              25-CR-214 (NEB/DTS)

HIBO DAAR,

                Defendant.

―――――――――――――――――――――――――――――――――――――――――――――――――――――

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                              25-CR-226 (JRT/JFD)

DOROTHY JEAN MOORE,

                Defendant.

―――――――――――――――――――――――――――――――――――――――――――――――――――――

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

―――――――――――――――――――――――――――――――――――――――――――――――――――――

Case Nos. 22-CR-85, 22-CR-124, 22-CR-222, 22-CR-223, 22-CR-224, 22-CR-225, 22-CR-226, 22-CR-236, 22-CR-237, 22-CR-238, 22-CR-277, 22-CR-293, 23-CR-80, 23-CR-81, 23-CR-82, 23-CR-91, 23-CR-92, 24-CR-13, 24-CR-15, 24-CR-24, and 25-CR-214 having been assigned to Judge Nancy E. Brasel and Magistrate Judge

David T. Schultz and Case No. 25-CR-226 having later been assigned to Judge John R. Tunheim and Magistrate Judge John F. Docherty and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-CR-226 be assigned to Judge Nancy E. Brasel and Magistrate Judge David T. Schultz *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

DATED: June 11, 2025  s/Nancy E. Brasel  
NANCY E. BRASEL  
United States District Judge

DATED: June 11, 2025  s/John R. Tunheim  
JOHN R. TUNHEIM  
United States District Judge